IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                      No. 4:11-cr-154-DPM

JAMES PATRICK KELLY                                     DEFENDANT

## ORDER

Kelly recently entered a guilty plea in state court to a similar crime. *Document No. 22.* The Court therefore approves the Government's notice dismissing the indictment without prejudice. FED. R. CRIM. P. 48(a).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 April 2012